IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON DONALD, | ) | 8:16CV448 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WIS INTERNATIONAL; | ) | |
| RAY CURTIS; DAVID CROUCH; and | ) | |
| GEOORGE DEVEREAX, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case is dismissed without prejudice for the reasons discussed in the Memorandum and Order entered on this date.

DATED this 28th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge